ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

KEVIN J. BARRY (CABN 229748)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6840
    FAX: (415) 436-7234
    Email:  kevin.barry@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 24-CR-0282 JSC |
| Plaintiff, | |
| v. | **DETENTION ORDER** |
| ANGEL REYES, | |
| Defendant. | |

On December 11, 2023, Defendant Angel Reyes was charged by Complaint with possession with intent to distribute fentanyl, in violation of Title 21, United States Code, Section 841(a)(1).

This matter came before the Court on May 20, 2024, for a detention hearing. The Defendant was present and represented by Assistant Federal Public Defender Severa Keith. Assistant United States Attorney Kevin Barry appeared for the government. The government earlier had moved for detention; the Defendant previously waived the issue of detention; and the Defendant moved for release on May 20, 2024. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the

Defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  The Pretrial Services Report indicates that although he has no criminal convictions, the Defendant has been arrested numerous times for drug sales.  The Court is particularly concerned by the fact that the Defendant was on pretrial release and was under orders to stay away from the Tenderloin in three separate cases.  The Complaint alleges that Defendant Reyes was arrested selling fentanyl once again in the Tenderloin while those cases were pending and while the stay away orders were in place.  Based on this history, the Court finds by clear and convincing evidence that the Defendant poses a danger to the community by continued drug sales, and he is unlikely to abide by any conditions of release that could be imposed to mitigate that danger.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:  May 29, 2024

*Sallie Kim*
HONORABLE SALLIE KIM
United States Magistrate Judge